UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Walter D. Wick</u>

    v.                              Civil No. 08-cv-00180-JL

<u>Mark Schols</u>

### **O R D E R**

The Preliminary Pretrial Conference was held in chambers on August 4, 2008.

The Discovery Plan (document no. 20) is **approved** as submitted, with the following changes:

- Track assignment -- **one year**;
- Completion of discovery -- **January 16, 2009**;
- Joinder of parties -- **October 15, 2008**;
- Third party actions -- **October 15, 2008**;
- Amendment of pleadings -- **October 15, 2008**;
- Dispositive motion schedule
    - Motion to Dismiss by **October 1, 2008**,
    - Motion for Summary Judgments by **November 15, 2008**.

Based on the conversation between counsel and the court at the conference, the following counts are **stricken**:

- the plaintiff's counts I, II, and III
- the following affirmative defenses:  lack of standing, acquiescence, waiver, and estoppel.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 4, 2008

cc:     Steven E. Grill, Esq.
        Gordon J. MacDonald, Esq.
        Henry E. Kinser, Esq.