1  I'm assuming they -- they do it properly, and it's

2  commensurate with the -- with the projects.

3     Q. But you -- you've told us there may be things

4  like phone calls that don't get recorded and don't get

5  inputted into the system?

6     A. I'm saying I may not have put time in.  I

7  don't -- I can't speak on behalf of my colleagues.  But,

8  as I mentioned, since we record it in terms of a quarter

9  hour, if I had a five-minute phone call, I just may not

10 charge the time, or I may forget to charge, you know,

11 that time for the engagement.

12    Q. Okay.

13       MR. GRILL:  Let's have this marked.  I'm not

14    sure what I'm up to at this point.

15       THE COURT REPORTER:  38.

16       MR. GRILL:  That'll be 38.

17    (Photocopy of Document was marked Gampel Exhibit

18    No. 38 for identification and is attached hereto.)

19    Q. (By Mr. Grill)  Take a look, if you will,

20 Mr. Gampel, at Exhibit 38.  Do you recognize the

21 document?  There may be some handwriting on it which you

22 can ignore unless you recognize it.

23    A. I do.

24    Q. And what is the document?

25    A. This document is a summation of time charges for

## FEES

| Date | Timekeeper | Hours | Fees | Narrative |
|---|---|---|---|---|
| 05/29/08 | Gampel, Peter | 3.50 | 1,137.50 | planning/ doc review |
| 05/30/08 | Martin, Lawrence | 0.50 | 70.00 | Created AWP database. |
| 05/30/08 | Ravalo, Arlene | 0.25 | 52.50 | Discussion w/ L. Martin. |
| 06/02/08 | Gampel, Peter | 2.50 | 812.50 | discussions, prelim. doc review |
| 06/02/08 | Gillhaus, Steven | 0.25 | 43.75 | Phone conversation with Arlene Ravalo and Larry Martin regarding the project. |
| 06/02/08 | Martin, Lawrence | 4.00 | 560.00 | Began to go through documents we've received and compile listing. Additionally, set up AWP and began putting relevant information into it. |
| 06/02/08 | Ravalo, Arlene | 0.50 | 105.00 | Discussion w/ L. Martin and S. Gillhaus re: engagement planning. |
| 06/03/08 | Gillhaus, Steven | 1.25 | 218.75 | Review data received from client in FTP site and AWP file. |
| 06/03/08 | Martin, Lawrence | 8.00 | 1,120.00 | Going through files and determining what we have and what we still need. Also, beginning to populate models |
| 06/04/08 | Gillhaus, Steven | 0.50 | 87.50 | Phone conversation with Peter Gampel regarding contacting the client, conversations with Arlene Ravalo regarding scheduling, and review of data received. |
| 06/04/08 | Martin, Lawrence | 8.00 | 1,120.00 | Populate models |
| 06/04/08 | Ravalo, Arlene | 0.50 | 105.00 | Discussions w/ L. Martin re: status update. |
| 06/05/08 | Heuer, Christian | 1.00 | 205.00 | document review; internal discussions |
| 06/05/08 | Martin, Lawrence | 7.00 | 980.00 | Model input |
| 06/06/08 | Martin, Lawrence | 8.00 | 1,120.00 | Working with models. |
| 06/06/08 | Ravalo, Arlene | 0.75 | 157.50 | Discussion w/ L. Martin - general questions re: work in progress, etc. |
| 06/09/08 | Heuer, Christian | 0.25 | 51.25 | internal call |
| 06/09/08 | Martin, Lawrence | 8.00 | 1,120.00 | Model work and including adjustments to arrive at AdjNAV and Capitalized Income. |
| 06/10/08 | Gampel, Peter | 1.25 | 406.25 | internal meeting, etc. |
| 06/10/08 | Heuer, Christian | 3.00 | 615.00 | model inputs |
| 06/10/08 | Martin, Lawrence | 1.00 | 140.00 | model inputs |
| 06/10/08 | Martin, Lawrence | 8.00 | 1,120.00 | Finishing model work and writing report. |
| 06/11/08 | Gampel, Peter | 2.75 | 893.75 | prep'n for conference call; document review |
| 06/11/08 | Heuer, Christian | 2.00 | 410.00 | document review; internal discussions |
| 06/11/08 | Kotzen, Richard | 0.75 | 285.00 | Prepare for conference call on thursday |
| 06/11/08 | Martin, Lawrence | 8.00 | 1,120.00 | Models and report |
| 06/12/08 | Gampel, Peter | 2.25 | 731.25 | conference call w/ A. Crews; D. Hamel; M. McKay and Crowe personnel |
| 06/12/08 | Heuer, Christian | 2.00 | 410.00 | conference call |
| 06/12/08 | Kotzen, Richard | 2.25 | 855.00 | Intial conference call on documents with Crews Hammel Mccay |
| 06/12/08 | Martin, Lawrence | 2.50 | 350.00 | Conference call with Andy Crews, Dave Hamel, Peter Gampel, Rick Kotzen, etc. Discussed status of information received. |
| 06/12/08 | Martin, Lawrence | 2.50 | 350.00 | Report writing and summarizing meeting today. |
| 06/16/08 | Martin, Lawrence | 3.50 | 490.00 | Economic and industry research |
| 06/17/08 | Martin, Lawrence | 7.50 | 1,050.00 | Economic and industry research. Detailed valuation report writing. |
| 06/18/08 | Martin, Lawrence | 7.00 | 980.00 | Report writing for AutoFair and addition of summary page for models. Additionally, economic, industry, and market research to accompany report. |
| 06/19/08 | Gampel, Peter | 0.50 | 162.50 | calls w/ A. Crews and staff |
| 06/19/08 | Martin, Lawrence | 7.00 | 980.00 | Continued to write the report. Further, went through and updated our request list. |
| 06/20/08 | Martin, Lawrence | 6.00 | 840.00 | Continue to write report |
| 06/23/08 | Gampel, Peter | 0.25 | 81.25 | call/w. wick |
| 06/23/08 | Heuer, Christian | 1.00 | 205.00 | internal discussions |
| 06/23/08 | Martin, Lawrence | 0.50 | 70.00 | Discussions with manager regarding model use and email drafted for additional requests |
| 06/26/08 | Gampel, Peter | 0.50 | 162.50 | call w/ C. Heu[...] |

CONFIDENTIAL

Gampel
EXHIBIT NO. 38
3|16|09
CATHERINE PFLUEGER

WICK03378

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/26/08 | Gampel, Peter | 0.75 | 243.75 | call w/ Robert Dell'Osa, esq. re affidavit and gathering info |
| 06/26/08 | Gampel, Peter | 2.75 | 893.75 | prep for meeting |
| 06/26/08 | Heuer, Christian | 1.00 | 205.00 | prep for call |
| 06/26/08 | Kotzen, Richard | 1.50 | 570.00 | Conf call on entiities |
| 06/26/08 | Martin, Lawrence | 4.50 | 630.00 | Preparation for the conference call tomorrow. Printing up material for review during call. Reading news articles and company financials. Further cleaning up models. |
| 06/26/08 | Ravalo, Arlene | 1.00 | 210.00 | Research standards related to independence. |
| 06/27/08 | Gampel, Peter | 0.75 | 243.75 | various call w/ C. Heuer and Robert Dell'Osa |
| 06/27/08 | Gampel, Peter | 1.50 | 487.50 | client call w staff |
| 06/27/08 | Heuer, Christian | 2.50 | 512.50 | analysis and internal call |
| 06/27/08 | Martin, Lawrence | 0.50 | 70.00 | Updating model and updating report per discussions with managers |
| 06/27/08 | Martin, Lawrence | 6.00 | 840.00 | Phone conversation with client. Discussion with Christian and typing notes from conversation. |
| 06/28/08 | Gampel, Peter | 0.50 | 162.50 | re signed declaration |
| 06/30/08 | Martin, Lawrence | 6.50 | 910.00 | Report modifications per discussion with Christian Hueur. Also, adjusted Collision Center model per aforementioned discussion. |
| 07/01/08 | Gampel, Peter | 1.50 | 487.50 | meeting re prelim schedules/modelling |
| 07/01/08 | Heuer, Christian | 2.00 | 410.00 | call with Peter/Larry to review model |
| 07/01/08 | Martin, Lawrence | 4.00 | 560.00 | Phone conversation with Peter Gampel and Christian Heuer, regarding models and relevant issues. Working on models making adjustments per conversation |
| 07/02/08 | Martin, Lawrence | 1.00 | 140.00 | Making adjustments to models based on discussion with PG and CH |
| 07/03/08 | Gampel, Peter | 3.75 | 1,218.75 | Re meeting, calls, doc review |
| 07/03/08 | Kotzen, Richard | 0.25 | 95.00 | Mark Schol meeting |
| 07/03/08 | Martin, Lawrence | 6.00 | 840.00 | Adjusting models to reflect changes discussed with PG and CH. Phone conversations with CH regarding additional items to perform. |
| 07/07/08 | Gampel, Peter | 1.00 | 325.00 | call, int disc. doc review |
| 07/07/08 | Gampel, Peter | 2.00 | 650.00 | legal docs, etc. |
| 07/07/08 | Martin, Lawrence | 5.50 | 770.00 | Working on models and making adjustments for February balances. Reviewing legal documents and making copies. |
| 07/08/08 | Gampel, Peter | 2.00 | 650.00 | schedule review |
| 07/08/08 | Martin, Lawrence | 1.00 | 140.00 | Putting together a package for Friday's meeting. Printing out materials, looking through client requests to determine what/if any summaries of financial data we've received. |
| 07/08/08 | Martin, Lawrence | 2.00 | 280.00 | Putting together a rent analysis for the rent expense incurred by the individual entities and the fmv of the property appraisals obtained. |
| 07/08/08 | Martin, Lawrence | 2.50 | 350.00 | Completing the changes on the models. Looking up industry data for the Collision Center, etc. |
| 07/09/08 | Gampel, Peter | 2.50 | 812.50 | schedule review/document review |
| 07/09/08 | Kotzen, Richard | 5.25 | 1,995.00 | Meeting with Mark Schols in Fla |
| 07/10/08 | Gampel, Peter | 3.50 | 1,137.50 | schedule review/document review |
| 07/10/08 | Heuer, Christian | 2.00 | 410.00 | prep for conference |
| 07/10/08 | Martin, Lawrence | 1.00 | 140.00 | Preparation for Friday's meeting. |
| 07/11/08 | Gampel, Peter | 0.50 | 162.50 | meeting w/ R. Kotzen |
| 07/11/08 | Gampel, Peter | 5.25 | 1,706.25 | meeting w/ H. Kinser, M Sholes; and staff |
| 07/11/08 | Heuer, Christian | 2.00 | 410.00 | conference call/internal discussions |
| 07/11/08 | Heuer, Christian | 4.00 | 820.00 | conference call/internal discussions |
| 07/11/08 | Martin, Lawrence | 8.00 | 1,120.00 | 5.5 hours spent in client interview. 2.5 hours spent drafting notes from interview, etc. |
| 07/14/08 | Gampel, Peter | 0.50 | 162.50 | call w/ r. kotzen |
| 07/14/08 | Gampel, Peter | 1.50 | 487.50 | call w/ client; |
| 07/14/08 | Gampel, Peter | 2.50 | 812.50 | document review; internal discussions |
| 07/14/08 | Heuer, Christian | 0.50 | 102.50 | internal call |
| 07/14/08 | Kotzen, Richard | 1.50 | 570.00 | Conference call with Walter Wicke Andy Crews David Hammel and Peter Gampel about issues rasised by Andy Shols |
| 07/14/08 | Martin, Lawrence | 8.50 | 1,190.00 | Reviewing Firday's Meeting notes. Conference call with AutoFair management. Working on models and making adjustments. Modifying the AutoFair report. |
| 07/15/08 | Gampel, Peter | 5.75 | 1,868.75 | call w/ client and internal discussions, document review |
| 07/15/08 | Heuer, Christian | 2.50 | 512.50 | report preparation |

CONFIDENTIAL

WICK03379

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/15/08 | Heuer, Christian | 4.00 | 820.00 | report preparation/client call |
| 07/15/08 | Martin, Lawrence | 7.00 | 980.00 | Conference with team members. Model modifications. Continue report writing. |
| 07/15/08 | Wells, Linda | 1.00 | 74.00 | ERI Report - Chairman of Board - to be invoiced at 2 positions @ $100 each |
| 07/16/08 | Gampel, Peter | 5.00 | 1,625.00 | doc review; int discuss., etc. |
| 07/16/08 | Heuer, Christian | 9.00 | 1,845.00 | report preparation |
| 07/16/08 | Marosz, Thomas | 1.00 | 270.00 | Teleconf re dealership valuation approaches & certain item regarding 5 dealerships |
| 07/16/08 | Martin, Lawrence | 9.00 | 1,260.00 | Conference call, report modifications and review, model modifications and review. |
| 07/17/08 | Gampel, Peter | 1.25 | 406.25 | calls w/ A. Crews ; D. hamel and calls to David McArdle and Jamie Justas at cushman wakefield |
| 07/17/08 | Gampel, Peter | 2.50 | 812.50 | Int disc.; doc review, etc |
| 07/17/08 | Heuer, Christian | 8.00 | 1,640.00 | report preparation |
| 07/17/08 | Martin, Lawrence | 7.00 | 980.00 | Report writing, model tweaks, etc. |
| 07/17/08 | Wells, Linda | 0.25 | 18.50 | ERI Report revision (add 90th percentile) - Chairman of Board |
| 07/17/08 | Wilhelm, William | 0.50 | 205.00 | Regards marketability discounts and owner and manager salaries and |
| 07/18/08 | Gampel, Peter | 3.50 | 1,137.50 | internal discussions, client call, analysis |
| 07/18/08 | Heuer, Christian | 6.00 | 1,230.00 | report preparation |
| 07/18/08 | Martin, Lawrence | 7.00 | 980.00 | AutoFair Report writing and model tweaking. Phone conversation with PG and CH |
| 07/19/08 | Martin, Lawrence | 6.00 | 840.00 | Report writing and model modifications based on Friday's conversation with PG and CH. |
| 07/20/08 | Gampel, Peter | 4.00 | 1,300.00 | report review |
| 07/21/08 | Gampel, Peter | 7.00 | 2,275.00 | report prep'n; int disc.; calls to client, etc. |
| 07/21/08 | Heuer, Christian | 3.00 | 615.00 | report preparation |
| 07/21/08 | Kotzen, Richard | 0.75 | 285.00 | discussion with regarding multiples |
| 07/21/08 | Martin, Lawrence | 6.50 | 910.00 | Report writing and modifications |
| 07/21/08 | Wilhelm, William | 0.25 | 102.50 | Internal call |
| 07/22/08 | Gampel, Peter | 12.00 | 3,900.00 | report writing/editing |
| 07/22/08 | Kotzen, Richard | 6.50 | 2,470.00 | Review report and schedules and discuss with peter gampel |
| 07/22/08 | Ravalo, Arlene | 1.00 | 210.00 | Discussions w/ P. Gampel re: Autofair and revisions. |
| 07/22/08 | Wilhelm, William | 4.00 | 1,640.00 | report review |
| 07/23/08 | Castro, Cheri | 2.50 | 250.00 | changes to valuation report |
| 07/23/08 | Gampel, Peter | 7.00 | 2,275.00 | calls to client; report writing, etc. |
| 07/23/08 | Kotzen, Richard | 0.75 | 285.00 | Calls with Peter Gampel |
| 07/23/08 | Martin, Lawrence | 2.00 | 280.00 | Model modifications and report. |
| 07/23/08 | Martin, Lawrence | 4.00 | 560.00 | AutoFair model modifications. |
| 07/23/08 | Ravalo, Arlene | 4.75 | 997.50 | Forward models to LM for changes; work on revisions and math check to Realty and Used Car models; start reviewing Keller and Autofair 1477 models; reformatting of models, etc. |
| 07/24/08 | Castro, Cheri | 1.00 | 100.00 | changes to financial report |
| 07/24/08 | Gampel, Peter | 8.00 | 2,600.00 | report review |
| 07/24/08 | Kotzen, Richard | 0.75 | 285.00 | Confernece call with Peter Gampel on Valuation |
| 07/24/08 | Ravalo, Arlene | 1.50 | 315.00 | Revisions to report; incorporate figures; changes per PG; update formatting CV's etc. |
| 07/24/08 | Ravalo, Arlene | 6.50 | 1,365.00 | Cont. math checks and reviews of models and various revisions; review underlying information, etc. |
| 07/25/08 | Gampel, Peter | 6.50 | 2,112.50 | Issuance of report, calls, etc. |
| 07/25/08 | Kotzen, Richard | 0.50 | 190.00 | Call with Peter Gampel |
| 07/25/08 | Ravalo, Arlene | 0.75 | 157.50 | Preparation of final PDF schedules and report to client. |
| 07/25/08 | Ravalo, Arlene | 2.00 | 420.00 | Final check on models; revisions and discussions w/ P. Gampel. |
| 07/29/08 | Gampel, Peter | 3.00 | 975.00 | meetingt w/ L. Martin re report and call w/ Dave Hamel, etc. |
| 07/29/08 | Martin, Lawrence | 11.50 | 1,610.00 | Addressing client comments regarding report and models. |
| 07/30/08 | Gampel, Peter | 1.25 | 406.25 | conference call |
| 07/30/08 | Gampel, Peter | 4.75 | 1,543.75 | report changes; meeting w/ L. Martin |
| 07/30/08 | Kotzen, Richard | 1.25 | 475.00 | conf call regarding draft |
| 07/30/08 | Martin, Lawrence | 8.00 | 1,120.00 | Autofair adjustments per client and report modifications. |
| 07/31/08 | Gampel, Peter | 5.75 | 1,868.75 | report review modifications |
| 07/31/08 | Martin, Lawrence | 6.00 | 840.00 | Report writing and preparing draft to send to client. |

**CONFIDENTIAL**

WICK03380

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/04/08 | Martin, Lawrence | 1.75 | 245.00 | Determining and quantifying adjustments for discussion with both parties. |
| 08/05/08 | Gampel, Peter | 0.50 | 162.50 | internal discussions |
| 08/05/08 | Martin, Lawrence | 1.00 | 140.00 | Compiling adjustments worksheet. |
| 08/18/08 | Gampel, Peter | 2.00 | 650.00 | site visit |
| 08/26/08 | Gampel, Peter | 0.25 | 81.25 | client call |
| 09/02/08 | Gampel, Peter | 1.50 | 487.50 | re tax issue |
| 09/02/08 | Martin, Lawrence | 2.50 | 350.00 | Making corrections to the report based on Dave Hamel's comments. and tax effecting the real estate entity |
| 09/04/08 | Kotzen, Richard | 0.50 | 190.00 | Call with Walter Wicke and Andy Crews about the incentive mgt fee on sales of dealership showing formula and what occured on Toyota |
| 09/05/08 | Gampel, Peter | 0.50 | 162.50 | call w. kotzen, etc |
| 09/05/08 | Gampel, Peter | 1.25 | 406.25 | call w/ client |
| 09/05/08 | Kotzen, Richard | 1.25 | 475.00 | Conf Call with AC WW PG RK Regarding valaution issues and incentive mgt formula |
| 09/12/08 | Heuer, Christian | 1.50 | 307.50 | Discuss management fee under change of control. |
| 09/17/08 | Gampel, Peter | 2.00 | 650.00 | call w/ Marie McKay and document review |
| 09/18/08 | Gampel, Peter | 1.00 | 325.00 | re buyout schedules and call w/ Marie McKay |
| 09/19/08 | Gampel, Peter | 2.50 | 812.50 | Re Alternative calculation |
| 09/22/08 | Gampel, Peter | 1.50 | 487.50 | letter re alternative calc'n |
| 09/22/08 | Martin, Lawrence | 1.00 | 140.00 | Dictate letter for Peter regarding review of alternative calculation. |
| 09/22/08 | Wilhelm, William | 0.25 | 102.50 | Supplemental letter of value |
| 09/23/08 | Gampel, Peter | 0.50 | 162.50 | letter draft sent to parties |
| 09/23/08 | Gampel, Peter | 0.50 | 162.50 | calls w/ B. Wilhelm and R. Kotzen |
| 09/23/08 | Kotzen, Richard | 1.50 | 570.00 | Discuss with Peter Gampel the computation walter wickes questions and reveiw imf computation |
| 09/23/08 | Martin, Lawrence | 2.50 | 350.00 | Updating report to reflect "Crowe Horwath LLP" name change and re-review prior to completion. |
| 09/23/08 | Martin, Lawrence | 0.50 | 70.00 | Editing Alternative Calculation Letter, based on Peter's comments, to be sent to client. |
| 09/23/08 | Wilhelm, William | 0.25 | 102.50 | Peter Gampel regards supplemental letter |
| 09/29/08 | Gampel, Peter | 2.50 | 812.50 | reconciliation schedule and communications |
| 09/29/08 | Martin, Lawrence | 0.75 | 105.00 | Editing reconciliation of values between preliminary report and most recent spreadsheet. |
| 10/02/08 | Gampel, Peter | 1.00 | 345.00 | prep'n for meeting |
| 10/02/08 | Gampel, Peter | 1.50 | 517.50 | conference call w/ M. Schols, H. Kinser, R. Kotzen |
| 10/02/08 | Kotzen, Richard | 1.75 | 735.00 | Conference call with Shols and his attorney about the valuation |
| 10/02/08 | Martin, Lawrence | 1.00 | 150.00 | Helping provide materials for phone call with Schols and his attorney. |
| 10/03/08 | Gampel, Peter | 0.75 | 258.75 | call w/ D. Hamel |
| 10/07/08 | Kotzen, Richard | 0.75 | 315.00 | Kotzen and Walter Wicke on Schols Call Last week |
| 10/08/08 | Gampel, Peter | 3.00 | 1,035.00 | Review of H. Kinser letter; tax issue analyzed; internal disc w/ R. Kotzen and B. Wilhelm |
| 10/08/08 | Wilhelm, William | 0.50 | 230.00 | Peter regards tax deduct on Realty and other matters/ Rick Kotzen re: form and content of report |
| 10/09/08 | Martin, Lawrence | 0.50 | 75.00 | converting word document report into pdf format. |
| 10/10/08 | Gampel, Peter | 4.00 | 1,380.00 | various calls w/ A. Crews; D. Hamel; M. McKay; H. Kinser, report revisions; supp. letter changes |
| 10/10/08 | Martin, Lawrence | 2.00 | 300.00 | Editing schedules to remove tax affect on real estate valuation. Then adding it back for the NH transfer portion. Putting schedules into pdf format. |
| 10/13/08 | Gampel, Peter | 4.00 | 1,380.00 | Report finalization; supp. letter changes, etc. |
| 10/13/08 | Martin, Lawrence | 2.00 | 300.00 | Editing letter with table for calculation. discussion and review |
| 10/14/08 | Gampel, Peter | 1.00 | 345.00 | Supervisory review |
| 10/14/08 | Gampel, Peter | 1.75 | 603.75 | int disc.; report finalization; letter modifications |
| 10/14/08 | Martin, Lawrence | 1.00 | 150.00 | Finalizing report and schedules. |
| 10/20/08 | Gampel, Peter | 0.50 | 172.50 | report issuances |
| | | 520.00 | 115,753.75 | Total Professional Fees |
| | | | 775.39 | Total Expenses |
| | | | 116,529.14 | Total Fees and Expenses |

Annotations: "NOT W4T" near 09/23/08 Martin entry (2.50 / 350.00).

CONFIDENTIAL

WICK03381