```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Walter D. Wick

    v.                           Civil No. 08-cv-00180-JL

Mark Schols


**O R D E R**

Before ruling on the joint motion to continue trial (document no. 118), the court asks that counsel confer and by this **Friday June 12**, provide to the Deputy Clerk a "drop dead" date -- a date by which they need to know if the trial will be continued in order to allow them to prepare, but which will not require them to waste resources if it turns out that the continuance is granted.  In other words, "For the sake of our own schedules and our clients' resources, we'd like to know no later than _____ if the trial will be continued."  The court makes this request because it is actively considering the pending motions to the extent time and resources permit.

If, at this point, the parties and counsel would simply prefer an immediate continuance just for certainty's sake, they should simply notify the clerk of that fact.

The court appreciates counsel's patience.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   June 10, 2009

cc:   Steven E. Grill, Esq.
      Anne E. Trevethick, Esq.
      Gordon J. MacDonald, Esq.
      Henry E. Kinser, Esq.
      W. Daniel Deane, Esq.